SO ORDERED.

*Paul A. Engelmayer* (signature)
_____
PAUL A. ENGELMAYER
United States District Judge

**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

March 5, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

              Case No.   1:20-cv-10963-PAE-SDA

          Plaintiff,

- against -

FANTASY FILES, LLC d/b/a Blossom,

          Defendants.
-----------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Fantasy Files, LLC. No Answer has been filed in this case.

Dated: Scarsdale, New York
       March 4, 2021

                            SHAKED LAW GOUP, P.C.
                            Attorneys for Plaintiff

                            By: *(signature)*
                            Dan Shaked, Esq.
                            14 Harwood Court, Suite 415
                            Scarsdale, NY 10583
                            Tel. (917) 373-9128
                            Fax (718) 704-7555
                            e-mail: ShakedLawGroup@Gmail.com